IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LINDA LUND,

                Plaintiff,

  v.                                                                 ORDER

FRANK BISIGNANO                                     24-cv-904-amb
Commissioner of Social Security,

                Defendant.

---

Pursuant to a joint motion for remand filed by the parties on May 30, 2025, Dkt. 16, IT IS HEREBY ORDERED that the motion is GRANTED and this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that motion. Specifically, on remand, the administrative law judge will offer plaintiff Linda Lund the opportunity for an administrative hearing, proceed through the sequential disability evaluation process as appropriate, and issue a *de novo* decision.

Entered June 2, 2025.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge